266

(No. 6123– )

KAISER AGRICULTURAL CHEMICALS, A Division of KAISER ALUMINUM AND CHEMICAL SALES, INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF HIGHWAYS, Respondent.

*Opinion filed August 30, 1971.*

KAISER AGRICULTURAL CHEMICALS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6124– )

THE FLEISCHLI MEDICAL GROUP, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed August 30, 1971.*

THE FLEISCHLI MEDICAL GROUP, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.